IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY DAVIS and NITA SCOGGINS, on behalf
of herself and all others similarly situated**                               **PLAINTIFFS**

v.                    Case No. 4:14-cv-00640-KGB

**UNUM LIFE INSURANCE COMPANY OF AMERICA**                **DEFENDANT**

### ORDER

Before the Court is the joint stipulation for dismissal with prejudice (Dkt. No. 27). The parties represent that this matter has been amicably settled and resolved. Each party is responsible for his or its own expenses and costs. Therefore, this case is hereby dismissed with prejudice.

So ordered this 11th day of August, 2016.

_____
Kristine G. Baker
United States District Judge